# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSE LUIS RODRIGUEZ TELLEZ,

    Petitioner,

vs.

WARDEN HUMPHRIES, *et al.,*

    Respondents.

3:10-cv-00048-LRH-VPC

ORDER

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has submitted an application for leave to proceed *in forma pauperis*. (Docket #1.) Based on the information about petitioner's financial status in his application, the motion shall be denied. Petitioner will be required to pay the full filing fee of $5.

**IT IS THEREFORE ORDERED** that the application for leave to proceed *in forma pauperis* is **DENIED**. Petitioner is granted **thirty (30) days** from the date this order is entered in which to have the full $5 filing fee sent to the Clerk. Failure to do so may result in the dismissal of this action.

DATED this 4th day of February, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE